UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/17/2025
```

JOSHUA LEVITIN,

                                    Plaintiff(s),

              -against-

RABBI CHAIM LEIBISH ROTTENBERG,
BERYL (DAVID) FRIEDMAN, SURI
(SARAH) FRIEDMAN, HON. RACHEL
TANGUAY, HON.  DAVID M. ASCHER,
ANNA KOSOVYCH, JOHN DOE(S) 1-10
,

                                    Defendant(s).

25-CV-08524-NSR

ORDER OF SERVICE

Nelson S. Roman, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Rabbi Chaim Leibish

Rottenberg, Beryl (David) Friedman, Suri (Sarah) Friedman, Hon. Rachel Tanguay, Hon. David

M. Ascher, Anna Kosovych, John Doe(S) 1-10. Plaintiff is directed to serve the summons and

complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an

extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4

and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a
summons be served within 90 days of the date the complaint is filed, the summons in this case
was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The
Court therefore extends the time to serve until 90 days after the date the summons is issued.

Plaintiff may receive court documents by email by completing the attached form, <u>Consent to Electronic Service</u>.[2]

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff at the address maintained on the docket.

SO ORDERED.

Dated:    October 17, 2025
          White Plains, New York

NELSON S. ROMAN
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)

_____
Address                City                State                Zip Code

_____
Telephone Number                E-mail Address

_____
Date                Signature


**Click Here to Save**