MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA LEVITIN,

                              Plaintiff,

          -against-

RABBI CHAIM LEIBISH ROTTENBERG, BERYL
(DAVID) FRIEDMAN, SURI (SARAH) FRIEDMAN,
HON. RACHEL TANGUAY, HON. DAVID M.
ASCHER, ANNA KOSOVYCH, JOHN DOE(S) 1-10,

                            Defendants.

Case No. 7:25-cv-08524 (NSR)

**NOTICE OF MOTION TO
DISMISS THE
THIRD AMENDED COMPLAINT**

      **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support

thereof, the Declaration of Aron Goldberger, dated December 31, 2025 and all prior pleadings and

proceedings herein, Rabbi Chaim Leibish Rottenberg, Beryl Friedman, and Suri Friedman, will

move this Court before the Hon. Nelson S. Román, by the undersigned counsel, at the U.S.

Courthouse, 300 Quarropas Street, White Plains, NY 10601, at a date and time to be determined

by this Court, for an order dismissing Plaintiff's Third Amended Complaint (ECF 25) pursuant to

Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, or in the alternative, requiring

Plaintiff to post a bond for costs pursuant to Local Civil Rule 54.2, in the amount of $50,000.00,

and for such other and further relief as the Court deems just and proper.

**The motion to dismiss filed at ECF 68 is DISMISSED as
a duplicate of the motion filed at ECF 67 which is the
operative motion. Clerk of Court is requested to
terminate the motion at ECF No. 68.**
**Dated: White Plains, NY**
      **March 3, 2026**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/03/2026

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's Order dated November 17, 2025 (ECF 46), opposition papers, if any, shall be filed on or before February 13, 2026, and Defendants' reply in further support, if any, shall be filed by February 27, 2026.

Dated: Nanuet, New York
December 31, 2025

CONDON PAXOS PLLC

By: *Aron Goldberger*
Aron Goldberger
Brian K. Condon
55 Old Turnpike Road, Suite 502
Nanuet, New York 10954
T: (845) 627-8500
F: (845) 627-8507
Aron@CondonPaxos.com
Brian@CondonPaxos.com

*Attorneys for Defendants*
*Rabbi Chaim Leibish Rottenberg,*
*Beryl Friedman, and Suri Friedman*